JOHN NEMENYI, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant.— Upon an appeal by the defendant from an order denying its motion for summary judgment dismissing the complaint on the merits, the order is affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ., concur.

JOHN C. CREVELING & SON, INC., Respondent, v. SAMUEL ALEXANDER, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.